**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 97-1149**

―――――――――――

JOHN C. WELLS; JAMES A. GAIN; SHAYNE M.
NICHOLS,

Plaintiffs - Appellants,

versus

WILLIAM J. CLINTON, President of the United
States; NEWT GINGRICH, Speaker of the House;
LAUCH FAIRCLOTH; SUE MYRICK, U.S. House of
Representatives; JANET RENO, U.S. Attorney
General; CABLE NEWS NETWORK; RICHARD MARSH,
Internal Revenue Service; NATIONAL BROAD-
CASTING COMPANY, INCORPORATED; ORRIN HATCH;
JESSE HELMS, U.S. Senator; D.K. SCOTT, NC
Department of Revenue; THAD CABLE; USA TODAY
NEWSPAPER; MARGARET M. RICHARDSON; CAPITAL
BROADCASTING COMPANY, INCORPORATED; JAMES B.
HUNT, JR., Governor; MIKE EASLEY, Attorney
General of NC; BOB DOLE; AMERICAN BROADCASTING
COMPANY, INCORPORATED; GEORGE W. BOYLAN; B.W.
THOMAS; JANICE H. FALKNER; J.R. STARKEY; ROSS
PEROT; RUSH LIMBAUGH; THE SPOTLIGHT NEWSPAPER;
JAMES SULLIVAN; CHRISTIAN BROADCASTING NET-
WORK, INCORPORATED,

Defendants - Appellees.

―――――――――――

Appeal from the United States District Court for the Western Dis-
trict of North Carolina, at Charlotte. Robert D. Potter, Senior
District Judge. (CA-96-428-3-P)

―――――――――――

Submitted:  June 19, 1997          Decided:  June 26, 1997

Before WILKINS and MICHAEL, Circuit Judges, and BUTZNER,[*] Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

John C. Wells, James A. Gain, Shayne M. Nichols, Appellants Pro Se. Steven Wesley Parks, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C.; Jonathan E. Buchan, Stephen David Allred, SMITH, HELMS, MULLISS & MOORE, Charlotte, North Carolina; David Neil Ventker, HUFF, POOLE & MAHONEY, P.C., Virginia Beach, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

_____

[*] Senior Judge Butzner did not participate in consideration of this case. The opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d).

PER CURIAM:

Appellants appeal the district court's order dismissing their civil action alleging that the Sixteenth Amendment to the Constitution is unlawful. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Wells v. Clinton</u>, No. CA-96-428-3-P (E.D.N.C. Nov. 18, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>